
**geico.com**

**Tel:** 1-800-841-3000

# Declarations Page
This is a description of your coverage.
Please retain for your records.

**GEICO Casualty Company**
One GEICO Center
Macon, GA 31295-0001

**Policy Number:**

**Coverage Period:**
06-15-24 through 12-15-24
Your coverage begins and ends at 12:01am local time at the address of the named insured.

Endorsement Effective: 06-15-24

Date Issued: May 19, 2024

RICHARD L KANE AND ALLISON O
KANE SUCETT

Email Address:

| **Named Insured** | **Additional Drivers** |
|---|---|
| Richard Lawrence Kane | Rebecca Jordan Kane |
| Allison Ortiz Kane Sucett | Carter Kenneth Riddle |

| **Vehicles** | **VIN** | **Vehicle Location** | **Finance Company/Lienholder** |
|---|---|---|---|
| 1  2020 Tesla Model Y |  |  | TD BANK NA |
| 2  2017 Jeep Wrangler |  |  |  |

| **Coverages*** | **Limits and/or Deductibles** | **Vehicle 1** | **Vehicle 2** |
|---|---|---|---|
| Bodily Injury Liability Each Person/Each Occurrence | $100,000/$300,000 | $618.43 | $1,059.48 |
| Property Damage Liability | $50,000 | $181.65 | $300.70 |
| Personal Injury Protection | Non-Ded/Insd&Rel | $90.52 | $122.11 |
| Uninsured Motorist/Stacked Each Person/Each Occurrence | Insured Rejects | - | - |
| Comprehensive (Excluding Collision) | $500 Ded | $92.46 | $59.51 |
| Collision | $500 Ded | $701.93 | $223.70 |
| Emergency Road Service | ERS FULL | $6.73 | $13.41 |
| Rental Reimbursement | $50 Per Day $1,500 Max | $23.86 | - |
| **Six Month Premium Per Vehicle** |  | **$1,715.58** | **$1,778.91** |

**Total Six Month Premium** $3,494.49

*Coverage applies where a premium or $0.00 is shown for a vehicle.

If you elect to pay your premium in installments, you may be subject to an additional fee for each installment. The fee amount will be shown on your billing statements and is subject to change.

---

**Discounts and Surcharges**

**Discounts**

**The total value of your discounts is** $3,214.82

| | |
|---|---:|
| Advanced Safety Features Discount | $157.23 |
| Telematics Discount | $71.99 |
| Good Student | $26.52 |
| Driving Experience | $949.41 |
| Student Away | $464.46 |
| Good Driver | $535.47 |
| Anti-Lock Brakes | $166.21 |
| Passive Restraint/Air Bag | $9.88 |
| Anti-Theft | $2.08 |
| Paid-in-Full Discount | $592.62 |
| Multiline | $238.95 |

**The following discounts have also been applied**

Financial Responsibility ..................................................................................................Included

**Surcharges**

Accident and/or Conviction and/or Inexperienced (Rebecca Kane); ..........................................................$122.82

---

**Contract Type:**   A30FL, FAMILY AUTO INSURANCE POLICY

**Contract Amendments:**   ALL VEHICLES - A30FL(06-23) SIGPGCW(07-20)

**Unit Endorsements:**   UE316F(02-15) (VEH 1)

Countersigned by Authorized Representative

*[signature]*

**Important Policy Information**

- If you have any questions about this policy, about the insurance services we offer, or if you need assistance resolving a complaint please contact GEICO at 1-800-841-3000. We can assist you with your personal insurance needs.

- Please review the front and/or back of this page for your coverage and discount information.

- We have a new rating program available. If you're interested in learning more, inquire at 1-866-422-0360.

- Your 2014 BMW has been replaced by the 2017 JEEP.

- This adjustment is effective 2024-05-18.

- Any person who knowingly and with intent to injure, defraud or deceive any insurer, files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony in the third degree. GEICO asks that you support us in the battle against insurance fraud by reporting any suspicious activities to GEICO at (800) 824-5404 x3313 or the National Insurance Crime Bureau (NICB) (800) TEL-NICB or www.nicb.org. Your call is free. Your call can be anonymous. You could be eligible for a reward.

- We have added Emergency Road Service to your 2017 JEEP. In the event you need road-side assistance, please call 1-800-42-GEICO and an operator will dispatch a tow truck to assist you.